Court, Appellate Division, Fourth Department. October 2, 1912.) Action by the Assets Realization Company, suing in behalf of itself, etc., against Clarence M. Howard and others. No opinion. Motion granted, directing entry of order of affirmance nunc pro tunc as of the 2d day of May, 1912, the date of argument. See, also, 136 N. Y. Supp. 1130.

BABCOCK, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Percy Babcock against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BACHRACH. (Supreme Court, Appellate Division, First Department. October 25, 1912.) In the matter of Emma Bachrach. No opinion. Motion denied, with $10 costs. Order filed.

BACON v. SAYRE et al. ZARTMAN v. SAME. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Francis Bacon, individually and as only surviving executor of Emma Bacon, deceased, against Wellington K. Sayre and W. F. Bacon, as executors, and by George E. Zartman, as trustee in bankruptcy of Francis Bacon, bankrupt, against Wellington K. Sayre and W. F. Bacon, as executors, etc., of Weltha E. Hayes, deceased.

PER CURIAM. Order modified, by granting motion requiring the plaintiff, Francis Bacon, to bring in George E. Zartman, as trustee, as a party defendant, and providing that all proceedings in the action brought by George E. Zartman, as trustee, be stayed and enjoined until the action brought by Francis Bacon be tried and determined or otherwise disposed of, and, as so modified, the order is affirmed, without costs of this appeal to either party.

ROBSON, J., not sitting.

BAFF, Appellant, v. ELIAS, Respondent. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Rebecca Baff against Sep Elias. No opinion. Motion denied, without costs. See, also, 136 N. Y. Supp. 563.

BAKER, Respondent, v. FISHER, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Charles S. Baker against William B. Fisher. C. J. Katzenstein, of New York City, for appellant. L. C. Ferguson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BANCHETTI, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Giovanni Banchetti, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion to recall remittitur granted, record amended, and reargument (of 148 App. Div. 934, 133 N. Y. Supp. 1112) ordered to be heard on October 16, 1912.

BANGUIAT et al., Appellants, v. BANGUIAT et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Vitall Banguiat and another against H. Ephraim Banguiat and others. C. A. Jayne, of New York City, for appellants. J. A. Leve, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BARBER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1912.) Action by Edwin A. Barber, as administrator, etc., of Mabel E. Newell, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Appeal withdrawn.

BARNARD REALTY CO. v. BONWIT. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by the Barnard Realty Company against Carl Bonwit. No opinion. Application granted. Order signed. See, also, 76 Misc. Rep. 464, 135 N. Y. Supp. 700.

BARRETT, Respondent, v. VILLAGE OF SENECA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1912.) Action by Clara B. Barrett, an infant, etc., against the Village of Seneca Falls. No opinion. Judgment and order affirmed, with costs.

BAUM, Respondent, v. STEWART-KERBAUGH-SHANLEY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Chauncey Baum against the Stewart-Kerbaugh-Shanley Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $158 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, with costs.

BAYHA, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Edwin Bayha against the Coney Island & Brooklyn Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BEARDSLEY, Appellant, v. MAIN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Manley J. Beardsley, as administra-